```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 05686
   HENRY LOFTON
   PRINCELLA LOFTON                          CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6411    SSN XXX-XX-7290

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/18/2005 and was confirmed 04/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.13% from remaining funds.

     The case was paid in full 08/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------
BANK ONE                    UNSECURED       NOT FILED         .00              .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00              .00
CITY OF CHICAGO PARKING     UNSECURED         2875.00         .00          1067.46
COMCAST                     UNSECURED       NOT FILED         .00              .00
RESURGENT ACQUISITION LL    UNSECURED         2997.81         .00          1113.06
PEOPLES GAS LIGHT & COKE    UNSECURED OTH    1488.76         .00           372.19
PRIMECO COMMUNICATIONS      UNSECURED       NOT FILED         .00              .00
AT & T BANKRUPCTY           UNSECURED       NOT FILED         .00              .00
LVNV FUNDING LLC            UNSECURED        10377.02         .00          3852.88
WEST SUBURBAN HEALTH CAR    UNSECURED       NOT FILED         .00              .00
PEOPLES GAS LIGHT & COKE    UNSECURED OTH     847.02         .00           314.45
PETER FRANCIS GERACI        DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                  TRUSTEE                                         579.97
DEBTOR REFUND               REFUND                                           41.53

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            10,041.54

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    6,720.04
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                           579.97
DEBTOR REFUND                                   41.53
                   --------------         --------------
TOTALS             10,041.54                 10,041.54




            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 05686 HENRY LOFTON & PRINCELLA LOFTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |